UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00106 |
| | ) | JUDGE CAMPBELL |
| JOSEPH S. NICHOLS | ) | |

ORDER

Pending before the Court is the Defendant's Motion For Leave To File Under Seal (Docket No. 25). The Motion is DENIED. The Defendant should file a motion for the relief requested in the public record, with a separate, under seal filing stating the reasons supporting the request. The Defendant shall also state whether the Government has been served with a copy of each filing.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE