UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00106 |
| | ) | JUDGE CAMPBELL |
| JOSEPH S. NICHOLS | ) | |

## ORDER

The status conference in this case, set for May 19, 2014, is CANCELLED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE